Cite as 2022 Ark. 204

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE APPOINTMENT OF CLERK OF THE SUPREME COURT AND COURT OF APPEALS | **Opinion Delivered:** November 17, 2022 |

## PER CURIAM

In accordance with section 2(F) of amendment 80 to the Arkansas Constitution, Kyle E. Burton, Esquire, of Benton is appointed Clerk of the Supreme Court and Court of Appeals, effective immediately.